## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

MARVIN ROGER HESS AND LEONA HESS, RONALD AND DIANNE MACE, ROY AND CINDY MAURER, THE SHOOP FAMILY TRUST C/O EDWIN AND DENNY SHOOP, AND GARY AND DORENE LAHR

v.

PENNSYLVANIA PUBLIC UTILITY COMMISSION

PPL ELECTRIC UNILITIES AND PPL SERVICES CORPORATION,

Intervenors

PETITION OF: MARVIN ROGER HESS AND LEONA HESS AND ROY AND CINDY MAURER

: No. 62 MAL 2015
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court

## ORDER

**PER CURIAM**

　　**AND NOW**, this 8th day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.